UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.                                       Case No. 8:14-cr-477-T-36AEP

CARLOS GUERRERO DELIRA,

      Respondent.

_____/

## ORDER

This matter comes before the Court on Petitioner's Motion to Reduce Sentence (Doc. 237) and Motion to Modify and Reduce Sentence (Doc. 238). In its January 25, 2017 Order, the Court granted Petitioner 21 days to advise the Court whether he wished to have his motions 1) treated as motions to reduce sentence, pursuant to Rule 35, Fed. R. Crim. P.; 2) recharacterized as an application under 28 U.S.C. § 2255; or 3) withdrawn (Doc. 243 at 2-3). Petitioner did not respond to the Order, and thereafter filed an additional motion seeking a reduction of his sentence (Doc. 252). The most recent motion supersedes the prior motions.

Accordingly, it is now **ORDERED** that Petitioner's Motion to Reduce Sentence (Doc. 237), Motion to Modify and Reduce Sentence (Doc. 238) and Motion to Modify and Reduce Sentence (Doc 242) are **DENIED** as moot and/or without merit, as Defendant was sentenced to the statutory mandatory minimum sentence.

**DONE AND ORDERED** in Tampa, Florida, this 28th day of May 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Carlos Guerrero Delira
Counsel of Record